IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-1814-WYD-MEH

COBBLER NEVADA, LLC,

     Plaintiff,

v.

JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 8,
JOHN DOE 10,
JOHN DOE 12,
JOHN DOE 14,
JOHN DOE 16,
JOHN DOE 19,
JOHN DOE 20,
JOHN DOE 21,
JOHN DOE 22,
JOHN DOE 23,
JOHN DOE 24,
JOHN DOE 26,
JOHN DOE 27,
JOHN DOE 29,
JOHN DOE 30,

     Defendants.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal of Case (ECF No. 29) without prejudice, filed on March 18, 2016.  None of the remaining Defendants have filed an Answer or a Motion for Summary Judgment in this matter.  After careful review of the record, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, this action shall be **DISMISSED WITHOUT PREJUDICE**.  Accordingly, it is

ORDERED that this action is **DISMISSED WITHOUT PREJUDICE** against Defendants, John Does 1, 2, 3, 6, 10, 12, 14, 16, 19, 20, 21, 22, 23, 24, 26, 27, 29, 30 and J.D.  The Clerk of the Court is directed to close this case.

Dated: March 21, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge